

# AIA® Document A101™ – 2007

## Standard Form of Agreement Between Owner and Contractor *where the basis of payment is a Stipulated Sum*

**AGREEMENT** made as of the ~~Eighteenth~~ 28th day of May in the year Two Thousand Ten.
*(In words, indicate day, month and year)*

**BETWEEN** the Owner:
*(Name, address and other information)*

NEW HAVEN-ADAMS TOWNSHIP PARK & RECREATION DEPARTMENT
1125 Hartzell Street
New Haven, Indiana 46774

and the Contractor:
*(Name, address and other information)*

L&W Construction Company, Inc.
1132 South Rangeline Road, Suite 100
Carmel, Indiana 46032
John Wisel: jwisel@lwconstruction.com
317.846.6134

for the following Project:
*(Name, location and detailed description)*

Jury Pool Improvements for: New Haven-Adams Township Parks and Recreation
1514 Glencoe Boulevard
New Haven, Indiana 46774

The Architect:
*(Name, address and other information)*

MartinRiley architects ▪ engineers
221 West Baker Street
Fort Wayne, Indiana 46802

The Owner and Contractor agree as follows.                Commission No: F07062.03

> This document has important legal consequences. Consultation with an attorney is encouraged with respect to its completion or modification.
>
> AIA Document A201™–2007, General Conditions of the Contract for Construction, is adopted in this document by reference. Do not use with other general conditions unless this document is modified.

**Init.**

**/**

**AIA Document A101™ – 2007.** Copyright © 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1967, 1974, 1977, 1987, 1991, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 09:55:08 on 05/19/2010 under Order No.9449965665_1 which expires on 4/16/2011, and is not for resale.
**User Notes:**                                                                                                                    (2146423741)

1

TABLE OF ARTICLES

1    THE CONTRACT DOCUMENTS

2    THE WORK OF THIS CONTRACT

3    DATE OF COMMENCEMENT AND SUBSTANTIAL COMPLETION

4    CONTRACT SUM

5    PAYMENTS

6    DISPUTE RESOLUTION

7    TERMINATION OR SUSPENSION

8    MISCELLANEOUS PROVISIONS

9    ENUMERATION OF CONTRACT DOCUMENTS

10   INSURANCE AND BONDS

### ARTICLE 1  THE CONTRACT DOCUMENTS
The Contract Documents consist of this Agreement, Conditions of the Contract (General, Supplementary and other Conditions), Drawings, Specifications, Addenda issued prior to execution of this Agreement, other documents listed in this Agreement and Modifications issued after execution of this Agreement, all of which form the Contract, and are as fully a part of the Contract as if attached to this Agreement or repeated herein. The Contract represents the entire and integrated agreement between the parties hereto and supersedes prior negotiations, representations or agreements, either written or oral. An enumeration of the Contract Documents, other than a Modification, appears in Article 9.

### ARTICLE 2  THE WORK OF THIS CONTRACT
The Contractor shall fully execute the Work described in the Contract Documents, except as specifically indicated in the Contract Documents to be the responsibility of others.

### ARTICLE 3  DATE OF COMMENCEMENT AND SUBSTANTIAL COMPLETION
§ 3.1 The date of commencement of the Work shall be the date of this Agreement unless a different date is stated below or provision is made for the date to be fixed in a notice to proceed issued by the Owner.
*(Insert the date of commencement if it differs from the date of this Agreement or, if applicable, applicable; state that the date will be fixed in a notice to proceed.)*

Commencement of the Work shall be the date of this Agreement.

If, prior to the commencement of the Work, the Owner requires time to file mortgages and other security interests, the Owner's time requirement shall be as follows:

N/A

§ 3.2 The Contract Time shall be measured from the date of commencement.

§ 3.3 The Contractor shall achieve Substantial Completion of the entire Work not later than ( ) days from the date of commencement, or as follows:
*(Insert number of calendar days. Alternatively, a calendar date may be used when coordinated with the date of commencement. If appropriate, insert requirements for earlier Substantial Completion of certain portions of the Work.)*

Init.
/

AIA Document A101™ – 2007. Copyright © 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1967, 1974, 1977, 1987, 1991, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 09:55:08 on 05/19/2010 under Order No.9449965665_1 which expires on 4/16/2011, and is not for resale.
User Notes:                                                                                                                                  (2146423741)

2

The Contractor shall achieve Substantial Completion of the entire Work not later than May 16, 2011

| Portion of Work | Substantial Completion Date |
|---|---|
| All work associated with the Swimming Pool Work Bid Package, as well as items that need to be coordinated to allow for the Site Work Bid Package and Building Work Bid Package to also be substantially completed by May 16, 2011. This contract shall NOT impede the progress of any work affecting the other two prime contracts associated with this project (Site Work and Building Work prime contracts). | May 16, 2011 |

, subject to adjustments of this Contract Time as provided in the Contract Documents.
*(Insert provisions, if any, for liquidated damages relating to failure to achieve Substantial Completion on time or for bonus payments for early completion of the Work.)*

Failure to Complete Work: For each calendar day that the Work remains incomplete after the above published completion dates, the sum of $1,000.00 will be deducted from the Contractor's Contract as liquidated damages. The account will be taken (if any) by both the Owner and Architect for adjustments for the specified time. Liquidated damages will also be accessed for each calendar day beyond the specified date on the Certificate of Substantial Completion to complete any of the corrective action or clean up work as identified on the final inspection.

### ARTICLE 4  CONTRACT SUM
**§ 4.1** The Owner shall pay the Contractor the Contract Sum in current funds for the Contractor's performance of the Contract. The Contract Sum shall be One Million Four Hundred Thousand and 00/100 dollars ($ 1,400,000.00 ), (Included in the Contract Sum are the Base Bid $1,500,000.00 and Alternate P-4 Deduct $100,000.00) subject to additions and deductions as provided in the Contract Documents.

**§ 4.2** The Contract Sum is based upon the following alternates, if any, which are described in the Contract Documents and are hereby accepted by the Owner:
*(State the numbers or other identification of accepted alternates. If the bidding or proposal documents permit the Owner to accept other alternates subsequent to the execution of this Agreement, attach a schedule of such other alternates showing the amount for each and the date when that amount expires.)*

Alternate A-2: County Drain Relocation. No Change
Alternate B-1: Pool Building Storage Areas and Covered Outdoor Area. No Change.
Alternate P-4: New 25-yard Pool DEDUCT (One Hundred Thousand and 00/100 Dollars ($100,000).

**§ 4.3** Unit prices, if any:
*(Identify and state the unit price; state quantity limitations, if any, to which the unit price will be applicable.)*

| Item | Units and Limitations | Price Per Unit |
|---|---|---|
| N/A | | |

**§ 4.4** Allowances included in the Contract Sum, if any:
*(Identify allowance and state exclusions, if any, from the allowance price.)*

| Item | Price |
|---|---|
| Swimming Pool Contingency Allowance: described in Section 01 2100 of the Project Manual. | $75,000.00 |

**Init.**
/

AIA Document A101™ – 2007. Copyright © 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1967, 1974, 1977, 1987, 1991, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 09:55:08 on 05/19/2010 under Order No.9449965665_1 which expires on 4/16/2011, and is not for resale.
User Notes: (2146423741)

3

## ARTICLE 5 PAYMENTS
## § 5.1 PROGRESS PAYMENTS
§ **5.1.1** Based upon Applications for Payment submitted to the Architect by the Contractor and Certificates for Payment issued by the Architect, the Owner shall make progress payments on account of the Contract Sum to the Contractor as provided below and elsewhere in the Contract Documents.

§ **5.1.2** The period covered by each Application for Payment shall be one calendar month ending on the last day of the month, or as follows:

N/A

§ **5.1.3** Provided that an Application for Payment is received by the Architect not later than the 15th day of a month, the Owner shall make payment of the certified amount to the Contractor not later than the 9th day of the following month. If an Application for Payment is received by the Architect after the application date fixed above, payment shall be made by the Owner not later than ( ) forty-seven (47) days after the Architect receives the Application for Payment.
*(Federal, state or local laws may require payment within a certain period of time.)*

§ **5.1.4** Each Application for Payment shall be based on the most recent schedule of values submitted by the Contractor in accordance with the Contract Documents. The schedule of values shall allocate the entire Contract Sum among the various portions of the Work. The schedule of values shall be prepared in such form and supported by such data to substantiate its accuracy as the Architect may require. This schedule, unless objected to by the Architect, shall be used as a basis for reviewing the Contractor's Applications for Payment.

§ **5.1.5** Applications for Payment shall show the percentage of completion of each portion of the Work as of the end of the period covered by the Application for Payment.

§ **5.1.6** Subject to other provisions of the Contract Documents, the amount of each progress payment shall be computed as follows:
- .1 Take that portion of the Contract Sum properly allocable to completed Work as determined by multiplying the percentage completion of each portion of the Work by the share of the Contract Sum allocated to that portion of the Work in the schedule of values, less retainage of ( ten percent (10% ). Pending final determination of cost to the Owner of changes in the Work, amounts not in dispute shall be included as provided in Section 7.3.9 of AIA Document A201™–2007, General Conditions of the Contract for Construction;
- .2 Add that portion of the Contract Sum properly allocable to materials and equipment delivered and suitably stored at the site for subsequent incorporation in the completed construction (or, if approved in advance by the Owner, suitably stored off the site at a location agreed upon in writing), less retainage of ten percent ( 10% );
- .3 Subtract the aggregate of previous payments made by the Owner; and
- .4 Subtract amounts, if any, for which the Architect has withheld or nullified a Certificate for Payment as provided in Section 9.5 of AIA Document A201–2007.

§ **5.1.7** The progress payment amount determined in accordance with Section 5.1.6 shall be further modified under the following circumstances:
- .1 Add, upon Substantial Completion of the Work, a sum sufficient to increase the total payments to the full amount of the Contract Sum, less such amounts as the Architect shall determine for incomplete Work, retainage applicable to such work and unsettled claims; and
*(Section 9.8.5 of AIA Document A201–2007 requires release of applicable retainage upon Substantial Completion of Work with consent of surety, if any.)*
- .2 Add, if final completion of the Work is thereafter materially delayed through no fault of the Contractor, any additional amounts payable in accordance with Section 9.10.3 of AIA Document A201–2007.

§ **5.1.8** Reduction or limitation of retainage, if any, shall be as follows:

Init.

/

AIA Document A101™ – 2007. Copyright © 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1967, 1974, 1977, 1987, 1991, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 09:55:08 on 05/19/2010 under Order No.9449965665_1 which expires on 4/16/2011, and is not for resale.
User Notes: (2146423741)

4

*(If it is intended, prior to Substantial Completion of the entire Work, to reduce or limit the retainage resulting from the percentages inserted in Sections 5.1.6.1 and 5.1.6.2 above, and this is not explained elsewhere in the Contract Documents, insert here provisions for such reduction or limitation.)*

For each Work category shown to be 50 percent or more complete in the Application for Payment, the Architect will, without reduction of previous retainage, certify any remaining progress payments for each Work category may be paid in full.

§ 5.1.9 Except with the Owner's prior approval, the Contractor shall not make advance payments to suppliers for materials or equipment which have not been delivered and stored at the site.

### § 5.2 FINAL PAYMENT
§ 5.2.1 Final payment, constituting the entire unpaid balance of the Contract Sum, shall be made by the Owner to the Contractor when
    .1    the Contractor has fully performed the Contract except for the Contractor's responsibility to correct Work as provided in Section 12.2.2 of AIA Document A201–2007, and to satisfy other requirements, if any, which extend beyond final payment; and
    .2    a final Certificate for Payment has been issued by the Architect.

§ 5.2.2 The Owner's final payment to the Contractor shall be made no later than 30 days after the issuance of the Architect's final Certificate for Payment, or as follows:

Until all punch items are completed.

### ARTICLE 6   DISPUTE RESOLUTION
### § 6.1 INITIAL DECISION MAKER
The Architect will serve as Initial Decision Maker pursuant to Section 15.2 of AIA Document A201–2007, unless the parties appoint below another individual, not a party to this Agreement, to serve as Initial Decision Maker.
*(If the parties mutually agree, insert the name, address and other contact information of the Initial Decision Maker, if other than the Architect.)*

N/A

### § 6.2 BINDING DISPUTE RESOLUTION
For any Claim subject to, but not resolved by, mediation pursuant to Section 15.3 of AIA Document A201–2007, the method of binding dispute resolution shall be as follows:
*(Check the appropriate box. If the Owner and Contractor do not select a method of binding dispute resolution below, or do not subsequently agree in writing to a binding dispute resolution method other than litigation, Claims will be resolved by litigation in a court of competent jurisdiction.)*

    [ ̶ ̶] [X]   Arbitration pursuant to Section 15.4 of AIA Document A201–2007

    [ ]   Litigation in a court of competent jurisdiction

    [ ]   Other *(Specify)*

### ARTICLE 7   TERMINATION OR SUSPENSION
§ 7.1 The Contract may be terminated by the Owner or the Contractor as provided in Article 14 of AIA Document A201–2007.

§ 7.2 The Work may be suspended by the Owner as provided in Article 14 of AIA Document A201–2007.

Init.

/

AIA Document A101™ – 2007. Copyright © 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1967, 1974, 1977, 1987, 1991, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 09:55:08 on 05/19/2010 under Order No.9449965665_1 which expires on 4/16/2011, and is not for resale.
User Notes: (2146423741)

5

## ARTICLE 8  MISCELLANEOUS PROVISIONS

**§ 8.1** Where reference is made in this Agreement to a provision of AIA Document A201–2007 or another Contract Document, the reference refers to that provision as amended or supplemented by other provisions of the Contract Documents.

**§ 8.2** Payments due and unpaid under the Contract shall bear interest from the date payment is due at the rate stated below, or in the absence thereof, at the legal rate prevailing from time to time at the place where the Project is located.
*(Insert rate of interest agreed upon, if any.)*

2% per annum

**§ 8.3** The Owner's representative:
*(Name, address and other information)*

Mike Clendenen, Director
1125 Hartzell Street
New Haven, Indiana 46774

**§ 8.4** The Contractor's representative:
*(Name, address and other information)*

John Wisel
L&W Construction Company, Inc.
1132 South Rangeline Road Suite,100
Carmel, Indiana 46032
jwisel@lwconstruction.com
317.846.6134

**§ 8.5** Neither the Owner's nor the Contractor's representative shall be changed without ten days written notice to the other party.

**§ 8.6** Other provisions:

Contractor shall deliver bonds to the Owner within three (3) days after notification of award of work.

Submit a schedule of Values in duplicate within 15 days after date of Owner-Contractor Agreement

Before Commencement of Work an escrow account shall be established by the Contractor in a financial institution chosen by the Contractor and approved by the Owner.  See Supplementary Conditions 007300 – 3 and - 4 for additional information and requirements.

Before an exposure to loss may occur, the Contractor shall file with the Owner two certified copies of the policy or policies proving this Property Insurance coverage, each containing those endorsements specifically related to the Project.  Each policy shall contain a provision that the policy will not be canceled or allowed to expire until at least 30 days prior written notice has been given to the Owner.

The Contractor shall furnish bonds covering faithful performance of the Contract and Payment of obligations arising there under.  Bonds are to be provided by and underwritten by a bonding company that is rated A- by Best Insurance Report.  The cost of the bonds is to be included in the Contract Sum.  The amount of each bond shall be equal to one-hundred percent (100%) of the Contract Sum.  The Contractor shall deliver the required bonds to the Owner before the date Agreement in entered into, or if the work is to commence prior thereto, in response to a letter of intent, the Contractor shall prior to the commencement of the Work, submit evidence satisfactory to the Owner that such bonds will be furnished.  The Contractor shall require the attorney-in-fact who executes the required bonds on behalf of the surety to affix thereto a certified and current copy of the power of attorney.

Init.

/

**AIA Document A101™ – 2007. Copyright** © 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1967, 1974, 1977, 1987, 1991, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 09:55:08 on 05/19/2010 under Order No.9449965665_1 which expires on 4/16/2011, and is not for resale.
User Notes:  (2146423741)

6

<u>Within 10 days after date of the Agreement, submit preliminary schedule defining planned operations for the first 60 days of Work, with a general outline for remainder of Work. If preliminary schedule requires revision after review, submit revised schedule within 10 days. Within 20 days after review of preliminary schedule, submit draft of proposed complete schedule for review. Include written certification that major contractors have reviewed and accepted proposed schedule. Within, 10 days after joint review, submit complete schedule. Submit updated schedule with each Application for Payment.</u>

### ARTICLE 9  ENUMERATION OF CONTRACT DOCUMENTS
§ 9.1 The Contract Documents, except for Modifications issued after execution of this Agreement, are enumerated in the sections below.

§ 9.1.1 The Agreement is this executed AIA Document A101–2007, Standard Form of Agreement Between Owner and Contractor.

§ 9.1.2 The General Conditions are AIA Document A201–2007, General Conditions of the Contract for Construction.

§ 9.1.3 The Supplementary and other Conditions of the Contract:

| Document | Title | Date | Pages |
|---|---|---|---|
| <u>Project Manual</u> | <u>Section 001100 – Legal Notice</u> | <u>3/2010</u><br><u>3/2010</u> | <u>1</u> |
| | <u>Section 002113 – Supplementary Instructions to Bidders</u> | | <u>6</u> |
| | <u>Section 004150 – Contractor's Bid Supplement to Form 96</u> | <u>3/2010</u> | <u>6</u> |
| | <u>Section 007300 – Supplementary Conditions</u> | <u>3/2010</u> | <u>9</u> |

§ 9.1.4 The Specifications:
*(Either list the Specifications here or refer to an exhibit attached to this Agreement.)*
<u>Exhibit Attached – Section 000110 – Table of Contents</u>

| ~~Section~~ | ~~Title~~ | ~~Date~~ | ~~Pages~~ |
|---|---|---|---|

§ 9.1.5 The Drawings:
*(Either list the Drawings here or refer to an exhibit attached to this Agreement.)*
<u>Exhibit Attached – Section 000115 – List of Drawing Sheets</u>

| ~~Number~~ | ~~Title~~ | ~~Date~~ |
|---|---|---|

§ 9.1.6 The Addenda, if any:

| Number | Date | Pages |
|---|---|---|
| <u>Addendum One</u> | <u>March 18, 2010</u> | <u>2 Pages</u> |
| <u>Addendum Two</u> | <u>March 20, 2010</u> | <u>51 Pages</u> |
| <u>Addendum Three</u> | <u>March 29, 2010</u> | <u>8 Pages</u> |
| <u>Addendum Four</u> | <u>March 30, 2010</u> | <u>7 Pages</u> |
| <u>E-mail CLARIFICATION</u> | <u>March 31, 2010</u> | <u>1 Page</u> |

Portions of Addenda relating to bidding requirements are not part of the Contract Documents unless the bidding requirements are also enumerated in this Article 9.

Init.
/

AIA Document A101™ – 2007. Copyright © 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1967, 1974, 1977, 1987, 1991, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 09:55:08 on 05/19/2010 under Order No.9449965665_1 which expires on 4/16/2011, and is not for resale.
User Notes:  (2146423741)

7

**§ 9.1.7** Additional documents, if any, forming part of the Contract Documents:

    **.1**    AIA Document E201™–2007, Digital Data Protocol Exhibit, if completed by the parties, or the following:

        N/A

    **.2**    Other documents, if any, listed below:
*(List here any additional documents that are intended to form part of the Contract Documents. AIA Document A201–2007 provides that bidding requirements such as advertisement or invitation to bid, Instructions to Bidders, sample forms and the Contractor's bid are not part of the Contract Documents unless enumerated in this Agreement. They should be listed here only if intended to be part of the Contract Documents.)*

        N/A

### ARTICLE 10   INSURANCE AND BONDS
The Contractor shall purchase and maintain insurance and provide bonds as set forth in Article 11 of AIA Document A201–2007.
*(State bonding requirements, if any, and limits of liability for insurance required in Article 11 of AIA Document A201–2007.)*

| Type of insurance or bond | Limit of liability or bond amount ($ 0.00) |
|---|---|
| Workers' Compensation and Employers Liability: | |
|    State: | Statutory |
|    Applicable Federal: | Statutory |
|    Liability: | $1,000,000 Per Accident |
| | |
| Comprehensive or Commercial General Liability: | |
|    Bodily Injury: | $1,000,000 Each Occurrence |
| | $1,000,000 Aggregate |
|    Property Damage: | $1,000,000 Each Occurrence |
| | $,1000,000 Aggregate |
| Comprehensive Automobile Liability (including owned, non-owned and hired vehicles): | |
|    Bodily Injury: | $1,000,000 Each Person |
| | $1,000,000 Each Occurrence |
|    Property Damage: | $1,000,000 Each Occurrence |
| | |
| Umbrella Excess Liability (this amount is over Primary Insurance | $4,000,000 Each Occurrence |
| | |
| The Contractor shall furnish bonds covering faithful performance of the Contract and Payment of obligations arising there under.  Bonds are to be provided by and underwritten by a bonding company that is rated A- by Best Insurance Report.  The cost of the bonds is to be included in the Contract Sum.  The amount of each bond shall be equal to one-hundred percent (100%) of the Contract Sum.  The Contractor shall | |

**Init.**

**/**

**AIA Document A101™ – 2007. Copyright** © 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1967, 1974, 1977, 1987, 1991, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 09:55:08 on 05/19/2010 under Order No.9449965665_1 which expires on 4/16/2011, and is not for resale.
**User Notes:** (2146423741)

**8**

require the attorney-in-fact who executes
the required bonds on the behalf of the
surety to affix thereto a certified and
current cop of the power of attorney.

Performance Bond              100% of Contract Amount
Labor/Material Payment Bond   100% of Contract Amount
Builder's Risk Insurance Coverage   100% of Contract Amount

This Agreement entered into as of the day and year first written above.

_____          _____
**OWNER** *(Signature)*                   **CONTRACTOR** *(Signature)*

Mike Clendenen   DIRECTOR              John Wisel   PRESIDENT
*(Printed name and title)*              *(Printed name and title)*

**Init.**

/

AIA Document A101™ – 2007. Copyright © 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1967, 1974, 1977, 1987, 1991, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 09:55:08 on 05/19/2010 under Order No.9449965665_1 which expires on 4/16/2011, and is not for resale.
User Notes:                                                              (2146423741)

9